AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CARDIONAL ANNA VINES CARTER,**

    **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**MT. CARMEL HOSPITAL**           **CASE NO. C2-12-928**
**ICU-CCU, et al.,**                      **JUDGE EDMUND A. SARGUS, JR.**
                                          **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendants.**

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed December 20, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: December 20, 2012                          JOHN P. HEHMAN, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk