AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CARDIONAL ANNA VINES CARTER,**

      **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**MT. CARMEL HOSPITAL**          **CASE NO.  C2-12-928**
**ICU-CCU, et al.,**                   **JUDGE EDMUND A. SARGUS, JR.**
                                         **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Order filed December 20, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: December 20, 2012                                JOHN P. HEHMAN, CLERK

                                                                     */S/ Andy F. Quisumbing*
                                                                  (By) Andy F. Quisumbing
                                                                  Courtroom Deputy Clerk